UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CYNDI FISCHER,**

   Plaintiff,

v.                                                   No. 4:23-cv-01069-P

**ROBERT PHILLIPS, ET AL.,**

   Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion to Stay Proceedings Pending State Criminal Prosecution. After review of the Motion and applicable case law, the Court **GRANTS** the Defendants' Unopposed Motion and **STAYS** proceedings against Defendants pending the outcome of the state criminal prosecution.

It is further **ORDERED** the Clerk of Court **ADMINISTRATIVELY CLOSE** this case until a Party to the case files for the case to be reopened and the Court orders the case reopened.

**SO ORDERED** on this **17th day of November 2023.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE