UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CYNDI FISCHER,**

   Plaintiff,

v.                                       No. 4:23-cv-01069-P

**ROBERT PHILLIPS, ET AL.,**

   Defendants.

## ORDER

   Before the Court is the Parties' Joint Motion to Lift Stay and Set Deadline for Defendants' Responses. ECF No. 17. Having considered the filing, the Court finds that the Motion should be **GRANTED**.

   Therefore, the Court **ORDERS** that the stay previously issued is hereby lifted, and this case is reopened. The Defendants are **ORDERED** to file an answer or respond as allowed by the Federal Rules of Civil Procedure on or before **60 days** from the date of this Order.

   **SO ORDERED** on this **23rd day of June 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE