UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CYNDI FISCHER,**

   Plaintiff,

v.     No. 4:23-cv-01069-P

**ROBERT PHILLIPS, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **30th day of October 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE